

Michael A. Shiner                    412.594.5586
mshiner@tuckerlaw.com

April 2, 2025

**Via FedEx**

TD Bank
Attn: Legal Department
Mail Stop # NJ5-302-175
1100 Atrium Way
Mt. Laurel, NJ 08054

Re:    Account of Dr. Nicole Williams ending in x0403

To Whom it May Concern:

I represent Dr. Nicole Williams ("Dr. Williams"). Dr. Williams has been attempting to close her TD Bank account ending in x0403 for almost four years. Despite her many efforts to close this bank account and TD Bank's repeated misrepresentations that the account has been closed, TD Bank failed and refused to close her account or failed and refused to respond to my client's demands to close this account. This has significantly damaged my client's credit.

Dr. Williams first requested to close her account in or around September 2021. Despite TD Bank's confirmation that the account was closed, TD Bank processed a charge which negatively affected Dr. Williams' credit score in or around February 2022. At that time, TD Bank once again confirmed the account was closed, but then again reported the same post-closure charge as delinquent and in charge-off status to various credit reporting agencies. Because TD Bank again failed to close the account, another charge was posted in late 2022. Since then, my client's multiple attempts to contact anyone to resolve this issue, including her most recent attempts on November 20, 2024, January 8, 2025, and January 14, 2025, have been ignored or dismissed, including her request to accept and acknowledge the disputes she filed with credit bureaus to ameliorate the damage TD Bank's improper actions have caused to her credit score. Dr. Williams has never received any communication regarding any past due amounts on the account or its transfer to collections.

TD Bank's refusal and failure to properly close my client's account is inexcusable and suggests a scheme for TD Bank to improperly generate revenue at the expense of its customers. Please be advised that if TD Bank fails to contact me and satisfactorily resolve this dispute by Wednesday, April 9, 2025, we are prepared to pursue a complaint against TD Bank for violations of the Fair Credit Reporting Act, Pennsylvania's Fair Credit Extension Uniformity Act, and Pennsylvania Unfair Trade Practices and Consumer Protection Act, including allegations of false or misleading representations of a debt under 15 U.S.C. § 1692e(2)(A) and false representation of a debt under 73 P.S. § 2270.4(b)(5)(ii). We will also make a report to the Pennsylvania Office of Attorney General Consumer Protection Bureau.



Please contact me at your earliest convenience to resolve this matter.

Very truly yours,

TUCKER ARENSBERG, P.C.

*/s/ Michael A. Shiner*

Michael A. Shiner

TADMS:20722939-1:PERSONAL-837

Tucker Arensberg, P.C.    1500 One PPG Place    Pittsburgh, PA 15222    p. 412.566.1212    f. 412.594.5619    www.tuckerlaw.com
2 Lemoyne Drive    Suite 200    Lemoyne, PA 17043    p. 717.234.4121    f. 717.232.6802